IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Thomas Sullivan; *a.k.a.* Thomas Brenore Sullivan; *a.k.a.* Thomas B. Sullivan, <br><br>  Plaintiff, <br><br> vs. <br><br> Greenville County DEA Division, et al., <br><br>  Defendants. | C/A No. 8:10-00909-MBS <br><br><br><br><br> **O R D E R** |

Plaintiff is an inmate at the Tyger River Correctional Institution who, proceeding *pro se,* filed a document which was liberally construed as a complaint filed pursuant to 42 U.S.C. § 1983. By Order filed on April 26, 2010, Plaintiff was given an opportunity to provide the necessary information and paperwork to bring the case into proper form for evaluation and possible service of process. Plaintiff was warned that failure to provide the necessary information within the timetable set in the Order would subject the case to dismissal. Plaintiff did not respond to the Order and the time for response has lapsed. As Plaintiff has failed to prosecute this case and has failed to comply with an Order of this Court, the case is **dismissed *without prejudice*** pursuant to Rule 41 of the Federal Rules of Civil Procedure. *See Link v. Wabash Railroad Company*, 370 U.S. 626 (1962).

**IT IS SO ORDERED**.

/s/ Margaret B. Seymour
United States District Judge

June 10, 2010

Columbia, South Carolina